1  SONIA MARTIN (State Bar No. 191148)
   ANNA S. YOUSSEFI (State Bar No. 260911)
2  DENTONS US LLP
   One Market Plaza, Spear Tower, 24th Floor
3  San Francisco, California 94105
   Telephone:  (415) 267-4000
4  Facsimile:  (415) 267 4198
   E-mail:     sonia.martin@dentons.com
5              anna.youssefi@dentons.com

6  MARK HANOVER (*pro hac vice*)
   DENTONS US LLP
7  233 South Wacker Drive, Suite 5900
   Chicago, Illinois 60606
8  Telephone:  (312) 876-8000
   Facsimile:  (312) 876-7934
9  E-mail:     mark.hanover@dentons.com

10 ATTORNEYS FOR DEFENDANT
   AMCO INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard P. Parducci, under a Power of Attorney, on behalf of and for Margarett Parducci and as Trustee of the JOHN A. PARDUCCI AND MARGARETT L. PARDUCCI SURVIVOR'S TRUST dated December 28, 1987,<br><br>    Plaintiff,<br><br>v.<br><br>Overland Solutions, Inc., AMCO Insurance Company and Does 1-20,<br><br>    Defendant. | Case No. 3:17-cv-06692 WHO<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND SET BRIEFING SCHEDULE AND HEARING ON THRESHOLD MOTIONS** |

Plaintiff Richard P Parducci and AMCO Insurance Company ("AMCO") (together, the "parties"), by and through their respective counsel of record, hereby stipulate and agree as follows, and request the Court approve their stipulation for good cause shown:

CASE NO. 3:17-CV-06692 WHO

- 1 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND SET BRIEFING SCHEDULE AND HEARING ON THRESHOLD MOTIONS

WHEREAS, AMCO filed a motion to dismiss on February 6, 2018 (Dkt. No. 19) with a hearing date of April 4, 2018;

WHEREAS, Plaintiff's counsel has spoken to counsel for Overland and has agreed Overland could file its responsive pleading by March 5, 2018;

WHEREAS, a Case Management Conference in this action is scheduled for February 27, 2018 at 2:00 p.m.;

WHEREAS, in the interest of efficiency and convenience of the Court and the parties, the parties wish to coordinate the briefing schedule and hearing date on AMCO's motion to dismiss and any other pending threshold motions;

WHEREAS, the parties also wish to continue the Case Management Conference to allow for resolution of the motion to dismiss and any other pending threshold motions prior to the conference. The parties therefore stipulate and agree to the following schedule:

| | |
|---|---|
| Plaintiff's Opposition to AMCO's motion and any other pending threshold motions: | March 23, 2018 |
| Due date for Replies: | April 6, 2018 |
| Hearing on AMCO's motion and any other pending threshold motions: | April 25, 2018 |
| Case Management Conference: | May 8, 2018 |

WHEREAS, the parties respectfully request, for good cause shown, that the Court approve the above schedule for the briefing and hearing on AMCO's motion to dismiss and any other threshold motions, and continuance of the Case Management Conference.

**IT IS SO STIPULATED**.

CASE NO. 3:17-CV-06692 WHO

- 2 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND SET BRIEFING SCHEDULE AND HEARING ON THRESHOLD MOTIONS

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

Dated: February 16, 2018                    DENTONS US LLP


By: /s/ Anna S. Youssefi
    Anna S. Youssefi

Attorneys for Defendant
AMCO INSURANCE COMPANY


Dated: February 16, 2018                    LAW OFFICES OF LAWRENCE G. PAPALE


By: /s/ Lawrence Papale
    Lawrence Papale

Attorneys for Plaintiffs
RICHARD P. PARDUCCI

**IT IS SO ORDERED, except that the Case Management Conference will be held on May 15, 2018.**

Dated: February 21, 2018            _____
    THE HONORABLE WILLIAM H. ORRICK
    UNITED STATES DISTRICT JUDGE

CASE NO. 3:17-CV-06692 WHO

- 3 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND SET BRIEFING SCHEDULE AND HEARING ON THRESHOLD MOTIONS