INSURANCE LITIGATORS & COUNSELORS PLC
Attila Panczel (SBN 250799)
Joseph John Turri (SBN 181994)
445 North State Street
Ukiah, California 95482
Tel. (707) 462-6117
Fax. (707) 230-5525
insterminator@aol.com

Attorneys for Plaintiff Richard P. Parducci
[Additional Attorneys on Back Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard P. Parducci, under a Power of Attorney, on behalf of and for Margarett Parducci and as Trustee of the JOHN A. PARDUCCI AND MARGARETT L. PARDUCCI SURVIVOR'S TRUST dated December 29, 1987,<br><br>Plaintiff,<br><br>vs.<br><br>Overland Solutions, Inc., AMCO Insurance Company and Does 1-20,<br><br>Defendants. | Case No. 3:17-cv-06692 WHO<br><br>**STIPULATION AND ORDER TO SET BRIEFING SCHEDULE ON DEFENDANT OVERLAND SOLUTIONS, INC.'S MOTION TO DISMISS** |

Plaintiff Richard P Parducci and Defendant Overland Solutions, Inc. ("Overland"), by and through their respective counsel of record, hereby stipulate and agree as follows, and request the Court approve their stipulation for good cause shown:

WHEREAS, OVERLAND filed a motion to dismiss on March 5, 2018 (Dkt. No. 28) with a hearing date of April 25, 2018;

WHEREAS Defendant AMCO previously filed a motion to dismiss for hearing that is

also set for hearing on April 25, 2018;

WHEREAS, in the interest of efficiency and convenience of the Court and the parties, the parties wish to coordinate the briefing schedule on the OVERLAND motion to dismiss with the briefing schedule on the motion to dismiss previously filed by AMCO;

The parties therefore stipulate and agree to the following schedule:

| | |
|---|---|
| Plaintiff's Opposition to Overland's Motion to Dismiss shall be due on: | March 23, 2018 |
| Defendant Overland's Reply shall be due on: | April 6, 2018 |

WHEREAS, the parties respectfully request, for good cause shown, that the Court approve the above schedule for the briefing of Overland's Motion to Dismiss,

IT IS SO STIPULATED.

Dated: March 10, 2018							TROUTMAN SANDERS LLP


								By: /s/ Mark C. Mao
								    Mark C. Mao
								    Melanie Witte

								Attorneys for Defendant
								OVERLAND SOLUTIONS, INC.


Dated: March 13, 2018							LAW OFFICES OF LAWRENCE G. PAPALE


								By: /s/ Lawrence G. Papale
								    Lawrence Papale

								Attorneys for Plaintiffs
								RICHARD P. PARDUCCI

STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE ON DEFENDANT OVERLAND SOLUTIONS, INC.'S MOTION TO DISMISS
- 2 -

**IT IS SO ORDERED**.

Dated: March 15, 2018

_____
THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

<u>ATTESTATION OF E-FILED SIGNATURE</u>

I, Lawrence G. Papale, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order to Set Briefing Schedule on Overland's Motion to Dismiss. In compliance with Local Rule 5-1, I hereby attest that Mark C. Mao, counsel for Defendant, has concurred in this filing.

Dated: March 13, 2018              By:    /s/ Lawrence Papale
                                          Lawrence G. Papale

ADDITIONAL COUNSEL:

MCCALLUM, METHVIN & TERRELL, P.C.
ROBERT G. METHVIN, JR.
rgm@mmlaw.net
JAMES M. TERRELL
jterrell@mmlaw.net
P. MICHAEL YANCEY
myancey@mmlaw.net
The Highland Building
2201 Arlington Avenue South
Birmingham, Alabama 35205
Tel: (205) 939-0199

LAW OFFICES OF LAWRENCE G. PAPALE
LAWRENCE G. PAPALE
lgpapale@papalelaw.com
The Cornerstone Building
1308 Main Street, Suite 117
Saint Helena, CA 94574
Tel: (707) 963-1704