UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD P. PARDUCCI,<br><br>Plaintiff,<br><br>v.<br><br>OVERLAND SOLUTIONS, INC., et al.,<br><br>Defendants. | Case No. 17-cv-06692-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 43 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: May 18, 2018

_____
WILLIAM H. ORRICK
United States District Judge