UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD P. PARDUCCI,<br><br>    Plaintiff,<br><br>v.<br><br>OVERLAND SOLUTIONS, INC., et al.,<br><br>    Defendants. | Case No. 18-cv-07162-JST<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable William H. Orrick for consideration of whether the case is related to *Parducci v. Overland Solutions, Inc.*, 17-cv-06692-WHO.

**IT IS SO ORDERED.**

Dated: March 26, 2019



JON S. TIGAR
United States District Judge